IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                              CASE NO. 6:13-CR-60003

MICHAEL DAVID THOMPSON                                                                 DEFENDANT

**ORDER**

Before the Court is Defendant's First Motion in Limine.  ECF No. 30.  The Government has responded.  ECF No. 34.  The Court finds that the matter is ripe for its consideration.

Defendant moves the Court to prohibit the Government from eliciting testimony concerning child pornography and Defendant in this case and to inform its witnesses to give no testimony relative to child pornography and Defendant.  Defendant has not been charged with any child pornography offense, and the Government states that it will offer no evidence that Defendant was involved in child pornography.  The Government is therefore prohibited from offering evidence that Defendant was involved with or suspected of child pornography.  *See* Fed. R. Evid. 403.

The Government states that it intends to elicit testimony that David Smith[1] was being investigated for child pornography offenses and that this was the purpose of Agent Starr's interview with Defendant.  The Court will allow the Government to offer testimony that Agent Starr was conducting an investigation regarding David Smith, who was suspected of child pornography, possession of firearms by prohibited persons, firearm trafficking, and child abuse.  The Court,

---

[1]David Smith is the felon for whom Defendant is charged with purchasing the firearm.

however, will not allow the Government to elicit testimony that Defendant was questioned about his or Smith's involvement with child pornography.  *See* Fed. R. Evid. 403.

Accordingly, Defendant's First Motion in Limine is **GRANTED IN PART** and **DENIED IN PART**.

IT IS SO ORDERED, this 2nd day of May, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge